UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

                        Plaintiff,

          -against-

PHILADELPHIA 76ERS, L.P., et al.,

                    Defendants.

1:26-CV-0957 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated February 5, 2026, the Court directed Plaintiff, within 30 days, to submit a completed and signed request to proceed *in forma pauperis* ("IFP" or "IFP application") or pay the fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

Plaintiff has not included his address on his pleadings, as he is required to do. *See* Fed. R. Civ. P. 11(a). This order and the accompanying judgment will be viewable on the public docket, and the Court also directs the Clerk of Court to mail copies of this order and of the accompanying judgment to an address that Plaintiff used in a recent action, which is 7 West 21st Street, New York, NY 10010, and to email copies of this order and of the accompanying

judgment to the email address from which Plaintiff transmitted his complaint, which is

justin@pr1mesound.com.

SO ORDERED.

Dated:    April 23, 2026
         New York, New York

                                         /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                Chief United States District Judge